IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CINDY SWANICK, INDIVIDUALLY
AND AS PERSONAL REPRESENTATIVE
OF GWENDOLYN HARVEY-HAMP,

   Appellant,

 v.               Case No. 5D17-571

PATRICK LORISH,

   Appellee.

_____/

Opinion filed May 25, 2018

Appeal from the Circuit Court
for Marion County,
Edward L. Scott, Judge.

Cindy Swanick, Ocala, pro se.

Lorenzo Ramunno, of Ramunno Law Firm,
P.A., Ocala, for Appellee.


PER CURIAM.

  Cindy Swanick, individually and as personal representative for Gwendolyn Harvey-Hamp, appeals an order granting a motion to strike filed by Lorenzo Ramunno, Esq., Swanick's former attorney, in Swanick's mother's probate case. We reverse the portion of the order that prohibits Swanick or her agents from disseminating, publishing or communicating, in any form whatsoever, contents of the probate case and all related

matters because the trial court failed to conduct a proper constitutional inquiry.  <u>See</u> <u>Fox</u>

<u>v. Hamptons at Metrowest Condo. Ass'n</u>, 223 So. 3d 453 (Fla. 5th DCA 2017).  The order

is affirmed in all other respects.[1]

AFFIRMED in part; REVERSED in part.

ORFINGER, BERGER and WALLIS, JJ., concur.

---

[1] Our opinion does not affect the temporary injunction in place in Marion County case number 42-2017-CA-418.